UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA A. CRENSHAW,

       Plaintiff,                                    Case No. 09-11417

v.                                               Hon. Nancy G. Edmunds

GMAC MORTGAGE, LLC, ORLANS
ASSOCIATES, P.C., and FEDERAL
DEPOSIT INSURANCE CORP.,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

      It is further ordered that Defendant Orlans Associates, P.C.'s motion to dismiss [Docket Text # 15], Defendant Federal Deposit Insurance Corp.'s motion for summary judgment [Docket Text # 17], and Defendant GMAC Mortgage, LLC's motion to dismiss and motion for summary judgment [Docket Text # 24] is GRANTED, and the case is DISMISSED.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: January 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 21, 2010, by electronic and/or ordinary mail.

                           s/Carol A. Hemeyer
                           Case Manager